IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.                                    Case No. 13-cv-670-wmc

DAVE (JOHN DOE) NURSE,
MARATHON CO. JAIL MEDICAL
STAFF, Supervisor DEB GLEASON,
SEAN BLASCHKA, Jail Guard and
OTHER JAIL STAFF,

                Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Smith's request for leave to proceed and dismissing the complaint as malicious under 28 U.S.C. § 1915A(b).

    /s/                                              11/27/2013
Peter Oppeneer, Clerk of Court          Date